IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JIMMY IRVIN WRIGHT,** | : |
| Plaintiff | : Civ. No. 1:14-cv-2350 |
| v. | : |
| **CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY,** | : Magistrate Judge Cohn |
| | : Judge Rambo |
| Defendant | : |



FILED
FEB 4 2016
PER _____
HARRISBURG, PA DEPUTY CLERK

**O R D E R**

Before the court is a report and recommendation filed by Magistrate Judge Cohn in the captioned action. (Doc. 15.) The action is one seeking review of a decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits under the Social Security Act. Magistrate Judge Cohn recommends that the court vacate the decision of the Commissioner pursuant to 42 U.S.C. § 405(g) and remand the case for further proceedings. No objections have been filed to the report and recommendation.

This court has reviewed the very thorough and extensive report filed by Magistrate Judge Cohn and adopts the report and recommendation.

**IT IS THEREFORE ORDERED** as follows:

1) The report and recommendation (Doc. 15) is **ADOPTED**.

2) The decision of the Commissioner of Social Security denying Plaintiff's benefits under the Act is vacated and the case remanded to the

Commissioner of Social Security to develop the record fully, conduct a new administrative hearing and appropriately evaluate the evidence. The Commissioner is required to identify substantial non-medical or medical opinion evidence to refute Dr. Garrison's opinion, because the ALJ's lay interpretation of medical evidence is insufficient to reject Dr. Garrison's opinion.

3) On remand, the ALJ shall not use Dr. Potera's opinion nor her own lay interpretation of the medical evidence to reject Dr. Garrison's or Dr. Menio's opinions.

4) On remand, the ALJ shall obtain accurate vocational evidence to support any conclusion that Plaintiff can perform sedentary skilled past relevant work.

5) The clerk of court shall close this file.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: February  /, 2016